HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG LITTLE,<br><br>Defendant. | No. CR17-157-JLR<br><br>(~~PROPOSED~~) ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

THE COURT has considered the Defendant's motion and the records and files herein.

IT IS THEREFORE ORDERED that the supervised release conditions be modified to allow the defendant to consume alcohol on the condition that the BAC level does not exceed 0.08.

DONE this 16th day of April, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jesse Cantor
Assistant Federal Public Defender
Attorney for Craig Little

ORDER TO MODIFY SUPERVISED
RELEASE CONDITIONS
(USA v. Little / CR17-157-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100